# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

MELLISSA MORROW,

    Plaintiff,

v.                                                                  Case No.: 2:14-cv-00174-JES-CM

NAVIENT SOLUTIONS, INC.,

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Mellissa Morrow, and Defendant, Navient Solutions, Inc., stipulate to the dismissal of this case with prejudice, and with each party to be responsible for the payment of its own attorney's fees and costs.

| | |
|---|---|
| _/s/ Michael J. Vitoria_ | _/s/ Scott P. Young_ |
| Michael J. Vitoria, FBN: 0135534 | Scott P. Young, FBN: 0021352 |
| Morgan & Morgan, P.A. | Garrison, Yount, Forte & Mulcahy, L.L.C. |
| 201 N. Franklin Street, 7th Floor | 601 Bayshore Blvd., Suite 800 |
| Tampa, Florida 33602 | Tampa, Florida 33606-2760 |
| Phone: (813) 223-5505 | Phone: 813-275-0404 |
| Fax: (813) 223-5402 | Fax: 813-275-0304 |
| Email: mvitoria@forthepeople.com | Email: syount@garrisonyount.com |
| Attorney for Plaintiff | Attorney for Navient Solutions, Inc. |